**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OVES ENTERPRISE, SRL,

                Plaintiff,

   -against-                                   24 **CIVIL** 3581 (LJL)

**JUDGMENT**

NOWWITH VENTURES, INC. d/b/a
VIDEOSHOPS,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 31, 2024, the motion for a default judgment is GRANTED. Judgment is entered in the amount of $289,764.00 plus 9% prejudgment interest accruing as of August 27, 2023, in the amount of $30,794.37, as well as $46,715.50 in attorneys' fees; accordingly, the case is closed.

**Dated:** New York, New York

       October 31, 2024

                                                              **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                                      **BY:**      *K. Mango*

                                                              **Deputy Clerk**